Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF **NOTICE OF APPEARANCE** |

TO:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

### CLAIMANTS JOHN AND JANET URBANOWICZ

Dated:  January 21, 2013

/s/ *Jacqueline DeCarlo, Esq.*
Attorney's Signature

Jacqueline DeCarlo, Esq./JD 2676
Printed Name and Bar Number

HOBBIE, CORRIGAN & BERTUCIO, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
Address

jdecarlo@hcblawyers.com
E-mail address
(732) 380-1515
Telephone number

(732) 380-1720
FAX number