Norman M. Hobbie, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
ATTORNEYS FOR CLAIMANT
Samantha J. Bremekamp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |
|---|---|

TO:   The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANT SAMANTHA J. BREMEKAMP**

Dated:  January 21, 2013

                        /s/ *Norman M. Hobbie, Esq.*
                          Attorney's Signature

                       Norman M. Hobbie, Esq./NH 2679
                       Printed Name and Bar Number

                   HOBBIE, CORRIGAN & BERTUCIO, P.C.
                   125 Wyckoff Road
                   Eatontown, New Jersey 07724
                       Address

                   nhobbie@hcblawyers.com
                       E-mail address
                   (732) 380-1515
                       Telephone number

                   (732) 380-1720
                       FAX number