Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
JD 2676
ATTORNEYS FOR CLAIMANT
Samantha J. Bremekamp

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANT SAMANTHA J. BREMEKAMP**

Dated:  January 21, 2013

　　　　　　　　　　　　　　　　/s/ *Jacqueline DeCarlo, Esq.*
　　　　　　　　　　　　　　　　Attorney's Signature

　　　　　　　　　　　　　　　　Jacqueline DeCarlo, Esq./JD 2676
　　　　　　　　　　　　　　　　Printed Name and Bar Number

　　　　　　　　　　　　　　　　HOBBIE, CORRIGAN & BERTUCIO, P.C.
　　　　　　　　　　　　　　　　125 Wyckoff Road
　　　　　　　　　　　　　　　　Eatontown, New Jersey 07724
　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　jdecarlo@hcblawyers.com
　　　　　　　　　　　　　　　　E-mail address
　　　　　　　　　　　　　　　　(732) 380-1515
　　　　　　　　　　　　　　　　Telephone number

　　　　　　　　　　　　　　　　(732) 380-1720
　　　　　　　　　　　　　　　　FAX number