Norman M. Hobbie, Esq.
Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz
Anthony and Jackline Lucia
Charles and Geri Lucia
Samantha J. Bremekamp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**ORDER PRESERVING EVIDENCE** |
|---|---|

**COME NOW CLAIMANTS** John and Janet Urbanowicz, Anthony and Jackline Lucia, Charles and Geri Lucia, and Samantha J. Bremekamp, for an Order seeking emergent relief to preserve evidence and barring the Petitioner/Vessel Owner, SEASTREAK, LLC, from conducting any repairs, and/or modifications, and/or destructive testing to the vessel, SEASTREAK WALL STREET, its hull, engines, propulsion systems, navigations systems, various vessel control systems, bridge control stations, propulsion machinery spaces, and any other portion of the vessel, and the parties having been fully advised in the premises, and of the need for the emergent relief sought, and for the entry of the within order, and for good cause having been shown,

IT IS this 25th day of **January, 2013** hereby

**ORDERED** that the Petitioner/Vessel Owner, SEASTREAK, LLC, is hereby restrained, prohibited and otherwise barred from conducting any repairs, and/or modifications, and/or destructive testing to the vessel, SEASTREAK WALL STREET, its hull, engines, propulsion systems, navigations systems, various vessel control systems, bridge control stations, propulsion machinery spaces, and any other portion of the vessel, until further Order of the Court; and

**IT IS FURTHER ORDERED** that the Petitioner/Vessel Owner, SEASTREAK, LLC, shall take affirmative action to preserve the subject vessel, SEASTREAK WALL STREET, its hull, engines, propulsion systems, navigations systems, various vessel control systems, bridge control stations, propulsion machinery spaces, and any other portion of the vessel, in its current condition and to prevent the spoliation of evidence; and

**IT IS FURTHER ORDERED** that service of this Order as a restraining Order, be made upon all claimants of record, via electronic filing, with __1__ days of the date of this Order.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.

It is further ordered that the parties shall appear before this Court on Tuesday, January 29, 2013 at 2:00pm.

_____