# EXHIBIT "A"

Norman M. Hobbie, Esq.
Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz
Charles and Geri Lucia
Anthony and Jackline Lucia
Samantha J. Bremekamp

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**AFFIDAVIT OF<br>DAWN SOTO** |
|---|---|

STATE OF NEW JERSEY:
                              SS
COUNTY OF MONMOUTH:

DAWN SOTO, of full age, being duly sworn according to law, hereby deposes and says:

1. I am employed by the firm of Hobbie, Corrigan & Bertucio, P.C., as a paralegal. On Friday, January 25, 2013, pursuant to the Court's instructions, at 3:39 p.m. (the time identified on the fax machine is actually 27 minutes behind actual time) I faxed a letter addressed to the Court which included a copy of Mr. Zonghetti's January 25, 2013 letter and a proposed Order concerning the preservation of evidence in the subject case.

2. I then scanned said documents in preparation of e-filing same which was then performed by another member of the staff.

_____
Dawn Soto

Sworn to and Subscribed to
Before me this 28th day of
January , 2013.

*[signature]*

TRISHA L. MILLER
A Notary Public of New Jersey
My Commission Expires December 1, 2014

2