# EXHIBIT "B"

Norman M. Hobbie, Esq.
Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz
Charles and Geri Lucia
Anthony and Jackline Lucia
Samantha J. Bremekamp

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**AFFIDAVIT OF<br>JOAN O'BRIEN, ESQ.** |

STATE OF NEW JERSEY:
                                        SS
COUNTY OF MONMOUTH:

JOAN O'BRIEN, of full age, being duly sworn according to law, hereby deposes and says:

1.     I am employed by Hobbie, Corrigan & Bertucio, P.C., as a legal secretary. On Friday, January 25, 2013, I assisted with the preparation of a letter and proposed Order to the Court concerning the preservation of evidence in the subject case.  On the letter that was faxed and eventually e-filed with the Court, a carbon copy notation appeared stating that a copy of the January 25, 2013 letter would be also faxed to Kenny & Zonghetti as well.

2.     Thereafter, the letter was signed and given to a paralegal in the firm, Dawn Soto, who faxed it to the Court.  The subject fax was inadvertently not sent to Kenny & Zonghetti via facsimile due to a miscommunication between staff members (i.e., myself and Dawn Soto).

_____

Joan O'Brien

Sworn to and Subscribed to
Before me this 28th day of
January , 2013.

TRISHA L. MILLER
A Notary Public of New Jersey
My Commission Expires December 1, 2014