# EXHIBIT "C"

Norman M. Hobbie, Esq.
Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz
Charles and Geri Lucia
Anthony and Jackline Lucia
Samantha J. Bremekamp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**AFFIDAVIT OF CHRISTINA MANNON** |
|---|---|

STATE OF NEW JERSEY:
                          SS
COUNTY OF MONMOUTH:

    CHRISTINA MANNON, of full age, being duly sworn according to law, hereby deposes and says:

    1.   I am employed by the firm of Hobbie, Corrigan & Bertucio, P.C., as a paralegal. On Friday, January 25, 2013, at approximately 3:50 p.m. I began e-filing documents which included a letter addressed to the Court, a copy of Mr. Zonghetti's January 25, 2013 letter and a proposed Order concerning the preservation of evidence in the subject case. (Said e-filing was provided to Gino A. Zonghetti, Andrew V. Buchsbaum, Bernard D. Friedman, Jacqueline DeCarlo, John P. James, Kevin J. Bruno,

Norman M. Hobbie, and William R. Bennett, III, which are the only parties of record on the Court's docket).

    2.    I then received confirmation of said e-filing at 3:54 p.m.

*/s/ Christina Mannon*
Christina Mannon

Sworn to and Subscribed to
Before me this 28th day of
January , 2013.

*/s/ Trisha L. Miller*

**TRISHA L. MILLER**
**A Notary Public of New Jersey**
**My Commission Expires December 1, 2014**

2