# EXHIBIT "D"

