Edward R. Petkevis, Esq.
**EDWARD R. PETKEVIS, P.C.**
1380 Hornberger Avenue
Roebling, New Jersey 08554
(609) 499-4300
(ERP- 6940)
ATTORNEYS FOR CLAIMANTS
Anthony Lucia and Jackline Lucia

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

     Edward R. Petkevis, of Edward R. Petkevis PC., the undersigned attorney, hereby enters his appearance on behalf of claimants Anthony Lucia and Jackline Lucia.

                                      /s/ Edward R. Petkevis
                                      Edward R. Petkevis, Esq.
                                      Attorney for Claimants
                                      Anthony Lucia and Jackline Lucia

January 29, 2013