Edward R. Petkevis, Esq.
**EDWARD R. PETKEVIS, P.C.**
1380 Hornberger Avenue
Roebling, New Jersey 08554
(609) 499-4300
(ERP- 6940)
ATTORNEYS FOR CLAIMANTS
Charles A. Lucia and Geri Lucia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

    Edward R. Petkevis, of Edward R. Petkevis PC., the undersigned attorney, hereby enters his appearance on behalf of claimants Charles A. Lucia and Geri Lucia.

/s/ Edward R. Petkevis<br>
Edward R. Petkevis, Esq.<br>
Attorney for Claimants<br>
Charles A. Lucia and Geri Lucia

January 29, 2013