UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------X
In the Matter of the Complaint of
SeaStreak, LLC, as Owner of the
Vessel SEASTREAK WALL STREET            **ORDER VACATING**
For Exoneration from or Limitation of   **TEMPORARY RESTRAINING ORDER**
Liability.
---------------------------------------------------X

    THIS MATTER HAVING BEEN opened to the Court on January 25, 2013 upon the application of claimants John and Janet Urbanowicz, Anthony and Jacqueline Lucia, Charles and Geri Lucia and Samantha J. Bremekamp for an order restraining Petitioner SeaStreak, LLC from effecting repairs and/or modifications to its vessel SEASTREAK WALL STREET; and

    Upon the Court issuing a temporary restraining order prohibiting Petitioner SeaStreak, LLC from effectuating any repairs and/or modifications to SEA STREAK WALL STREET on January 25, 2013, and for good cause shown, it is now

    ORDERED that the temporary restraining order entered on January 25, 2013 restraining SeaStreak, LLC from effectuating any repairs and/or modifications to SEA STREAK WALL STREET is hereby dissolved, and vacated, and shall be of no further force and effect.

Dated: January 29, 2013

                                                                   _____
                                                                  Honorable William J. Martini, U.S.D.C.