**BLANK ROME LLP**
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J.O. Harwood, Esquire *(to be admitted pro hac vice)*
William R. Bennett, III
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)

-and-

**KENNY & ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | Civil Action No. 13-315 |

### ORDER

This matter having been opened to the Court by the application of the claimants for an order restraining Petitioner SeaStreak, LLC from performing repairs and/or modifications to the vessel SeaStreak Wall Street (the "Vessel"), and upon the Court having issued an order on January 25, 2013 granting the requested relief, and upon moving Claimants having been afforded the opportunity to observe and photograph the propellers of the Vessel, the hull damage to the

686545.00614/7207922v.1

Vessel and the three (3) broken interior windows of the Vessel, and upon hearing on this matter conducted on January 29, 2013, and by stipulation of the parties, it is HEREBY ORDERED:

1. The January 25, 2013 Order restraining Petitioner SeaStreak, LLC is dissolved and vacated and shall be of no further affect; and,

2. All claimants of record shall be given reasonable notice of the date upon which to observe, inspect and photograph the area of the Vessel from which its port and starboard propellers will be removed, and may have a marine expert engineer and/or other individual(s) attend at such time to observe, inspect and take photographs; and,

3. Petitioner, SeaStreak, LLC shall not alter, modify and/or repair any major systems, including, but not limited to, propulsion systems, navigation systems, vessel control systems, bridge control systems and/or propulsion machinery spaces aboard the vessel without first affording claimants no less than ninety-six (96) hours written notice of said proposed alteration, modification or repair and a reasonable opportunity to visually inspect the area in question; and,

4. Claimants reserve their rights to conduct a Federal Rule of Civil Procedure 34 inspection as part of discovery.

DATED: January 30, 2013

SO ORDERED:

_____

686545.00614/7207922v.1