

| | | |
|---|---|---|
| JAMES M. KENNY<br>GINO A. ZONGHETTI<br>KEVIN J. O'DONNELL<br>KENNETH B. DANIELSEN<br>JOHN D. BLOMQUIST | 26 BROADWAY<br>NEW YORK, NEW YORK 10004-1882<br><br>(212) 422-6111<br>FACSIMILE: (212) 422-6544<br>WWW.KZLLC.COM | NEW JERSEY OFFICE<br>P.O. BOX 508<br>SADDLE RIVER, NEW JERSEY<br>07458<br>(973) 624-7779<br><br>Reply to: Gino A. Zonghetti<br>New York Office<br>Extension 208<br>gino@kzllc.com |

February 8, 2013

**VIA ECF:**
Honorable William J. Martini, U.S.D.J.U.
United States District Court for the
    District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
1 Federal Square
Newark, New Jersey 07102

    Re:    In the Matter of the Complaint of SeaStreak, LLC,
            As Owner of SEASTREAK WALL STREET for
            Exoneration from or limitation of liability
            13-cv-00315 (WJM)(MF)

Dear Judge Martini:

      We represent petitioner SeaStreak, LLC in the above matter.  We write in an abundance of caution to alert the Court that we have notified counsel for claimants in this matter that the propellers of SEA STREAK WALL STREET will be removed from the vessel on Wednesday, February 13, 2013 at approximate 11:00 a.m. at Yank Marine in Tuckahoe, New Jersey.  We have invited counsel and their experts to attend at that time for the purpose of observing, filming, inspecting the removal of the propellers. We have also informed counsel that the propellers will be maintained in their present condition for a period of one months following removal at SeaStreak's facilities in Atlantic Highlands, New Jersey, after which the propellers will be refurbished.   While at SeaStreak's facilities we will make the propellers available for further joint inspection by the parties and their experts on a mutually convenient date if anyone desires such inspection.

      We thank the Court for its attention to this matter.



          Very truly yours,

          Kenny & Zonghetti, LLC

          Gino A. Zonghetti

| Cc: | Andrew V. Buschbaum, Esq.: | abuchsbaum@friedmanjames.com |
|---|---|---|
| | Bernard D. Freidman, Esq.: | bfriedman@friedmanjames.com, bfried1536@aol.com |
| | John P. James, Esq.: | jjames@friedmanjames.com, johnj11450@aol.com |
| | Jacqueline DeCarlo, Esq.: | jdecarlo@hcblawyers.com, jdecarlo@hcbtlaw.com, ctdavi@hcbtlaw.com |
| | Norman Hobbie, Esq.: | nhobbie@hcblawyers.com, nhobbie@hcbtlaw.com, ctdavi@hcbtlaw.com, jdecarlo@hcblawyers.com |
| | Brian Ansell, Esq.: | bea@ansellgrimm.com |
| | Edward Petkevis, Esq.: | ep@erplaw.com |
| | Marvin R. Walden, Jr., Esq.: | chipwalden@aol.com |
| | Paul T. Hofmann, Esq.: | paulhofmann@hofmannlawfirm.com |
| | Scott Arnette, Esq. : | sarnette@arnettelaw.com |
| | Henry F. Wolf, Esq.: | hfw@lawwolff.com |
| | William R. Bennett, III, Esq.: | wbennett@blankrome.com |