Michael T. Warshaw, Esq.
**ZAGER FUCHS, P.C.**
**268 Broad Street, P.O. Box 489**
**Red Bank, NJ 07701**
**(732)747-3700**
MW3764
ATTORNEYS FOR CLAIMANT
Elizabeth Finn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint of | Civil Action No. 2:13-cv-00315-WJM-MF |
| SEASTREAK, LLC, as Owner of the vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | **NOTICE OF APPEARANCE** |

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANT ELIZABETH FINN**

Dated:

_____
Attorney's Signature

Michael T. Warshaw, Esq./MW3764
Printed Name and Bar Number

ZAGER FUCHS, P.C.
268 Broad Street
PO Box 489
Red Bank, New Jersey 07701
Address
mwarshaw@zagerfuchs.com
E-mail address
732-747-3700
Telephone Number

732-758-9068
FAX Number