**BLANK ROME LLP**
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J.O. Harwood, Esquire
William R. Bennett, III, Esquire
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)

-and-

**KENNY & ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

*Attorneys for Plaintiff, SEASTREAK, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | Civil Action No. 13-315<br><br>**AFFIDAVIT OF PUBLICATION** |

UNITED STATES DISTRICT COURT
Civil Action No. 13-315 (WJM)
In the Matter of the Complaint of SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability

NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

1. PLEASE TAKE NOTICE that Petitioner, SeaStreak, LLC, as Owner of the Vessel SEASTREAK WALL STREET, has filed a Verified Complaint pursuant to Title 46 U.S. Code §§30501 et seq. Claiming the right to exoneration from or limitation of liability for all damage or claims incurred during or arising from the SEASTREAK WALL STREET'S voyage commencing on or about 8:40 a.m. on January 9, 2013.

2. All persons, firms or corporations having such claims against Petitioner SeaStreak, LLC must file them under oath, as provided by Rule F of the Supplemental Rules for Admiralty or Maritime Claims And Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), with the Clerk of this Court, at the United States Courthouse, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, and must deliver or mail to the attorneys for Petitioner, Kevin Bruno, Esq., Blank Rome LLP, 301 Carnegie Center, 3rd Floor, Princeton, NJ 08540 Gino A. Zonghetti, Esq., Kenny & Zonghetti, LLC, 26 Broadway, New York, New York 10004, a copy on or before May 16, 2013, or be defaulted. Personal attendance is not required.

3. Any claimant desiring to contest either the right to exoneration from or the right to limitation of liability of the Petitioner shall file an Answer to the verified Complaint on or before the aforesaid date as required by Rule F of the Supplemental Rules and deliver or mail to attorneys for Petitioner, as aforesaid, or be defaulted.

Dated: January 16, 2013
/S/
WILLIAM T. WALSH
Clerk
1/25,2/1,8,15/2013 $408.32

---

STATE OF NEW JERSEY } SS
COUNTY OF ESSEX

DAMARU MCAIRO

Being duly sworn, according to law, on his/her oath sayeth that he/she is _____CLERK_____ of the Star-Ledger, in said County of Essex, and that the notice, of which the attached is a copy, was published in said paper on the __25st__ day of __January__ and continued therein for __2/1, 2/8, 2/15__ successively, at least once in each __week__ for __4 weeks__

Sworn to and subscribed before me this __22nd__ day of __February__, 20 13

NOTARY PUBLIC of NEW JERSEY

MEDINAH Y. JONES
Notary Public, State of New Jersey
My Commission Expires
January 18, 2018