The Arnette Law Firm, LLC
P.O. Box 7366
Shrewsbury, NJ  07702
732-933-9900
732-933-9959 FAX
Attorney for Claimants
Anne and Peter Fitch

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**CERTIFICATION** |

SCOTT C. ARNETTE, ESQ., hereby certifies the following to be true:

1.  I am an attorney at Law in the State of New Jersey and a member of The Arnette Law Firm, LLC.  I represent the interests of Claimants Peter and Anne Fitch, Laura J. and Brian Higginson and Michelle Jenks and am fully familiar with the facts I am about to relate herein.

2.  On March 5, 2013, individual Notices of Appearance were filed on behalf of the following:

Peter and Anne Fitch

Laura J. and Brian Higginson

Michelle Jenks.

3.   The aforementioned documents were inadvertently submitted as sealed documents and the access to the documents was restricted in error.

4.   It is respectfully requested that the restricted marking on these documents be lifted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false. I am subject to punishment.

Scott C. Arnette, Esq.
Attorney for Claimants
Peter and Anne Fitch
Laura J. and Brian Higginson
Michelle Jenks

March 7, 2013