STATE OF NEW JERSEY
COUNTY OF ESSEX

SS:

Lee Marie Serrano of full age, being duly sworn according to law, on her oath says, that she is a clerk in the office of "New Jersey Law Journal" and that a notice of which the attached annexed is a true copy, was published on the 11th day of February, 2013 in the said "New Jersey Law Journal," a public newspaper of general circulation, printed and published in the English language, and circulating throughout the State of New Jersey, and continued therein for an additional three weeks successively, at least once in every week, the last publication thereof being on the 4th day of March, 2013, making four publications in all.

*Lee Marie Ser—* [signature]

Sworn and subscribed to before me
this 8th day of March, 2013

*Ronald J. Fleury* [signature]
_____

Ronald J. Fleury, Esquire
Attorney at Law
State of New Jersey

**BLANK ROME LLP**
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J.O. Harwood, Esquire (to be admitted pro hac vice)
William R. Bennett, III
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)
-and-
**KENNY & ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

*Attorneys for Plaintiff, SEASTREAK, LLC*

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 13-315 (WJM)
**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

In the Matter of the Complaint
Of
SEASTREAK, LLC, as Owner of the Vessel
SEASTREAK WALL STREET for
Exoneration from or Limitation of Liability

1. **PLEASE TAKE NOTICE** that Petitioner, SeaStreak, LLC, as Owner of the Vessel SEASTREAK WALL STREET, has filed a Verified Complaint pursuant to Title 46 U.S. Code §§30501 et seq. claiming the right to exoneration from or limitation of liability for all damage or claims incurred during or arising from the SEASTREAK WALL STREET's voyage commencing on or about 8:40 a.m. on January 9, 2013.

2. All persons, firms or corporation having such claims against Petitioner SeaStreak, LLC must file them under oath, as provided by Rule F of the Supplemental Rules for Admiralty or Maritime Claims And Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), with the Clerk of this Court, at the United States Courthouse, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, and must deliver or mail to the attorneys for Petitioner, Kevin Bruno, Esq., Blank Rome LLP, 301 Carnegie Center, 3rd Floor, Princeton, NJ 08540 Gino A. Zonghetti, Esq., Kenny & Zonghetti, LLC, 26 Broadway, New York, New York 10004, a copy on or before May 16, 2013, or be defaulted. Personal attendance is not required.

3. Any claimant desiring to contest either the right to exoneration from or the right to limitation of liability of the Petitioner shall file an Answer to the Verified Complaint on or before the aforesaid date as required by Rule F of the Supplemental Rules and deliver or mail to attorneys for Petitioner, as aforesaid, or be defaulted.

Dated: January 16, 2013

William T. Walsh
Clerk: Gail P. Hamse

TO: BLANK ROME
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J.O. Harwood, Esquire (to be admitted pro hac vice)
William R. Bennett, III
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)
-and-
**KENNY ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

L.J.-Feb. 11,18,25, March 4, 2013