File No.
STONE MANDIA, LLC
685 Neptune Boulevard
PO Box 846
Neptune, New Jersey 07754-0846
(732)531-4300
Attorneys for Plaintiffs
Michael O'Neill and Donna O'Neill

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WHM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court; and To All Parties of Record

I, RICHARD B. STONE, ESQ., am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

**CLAIMANTS, MICHAEL O'NEILL and DONNA O'NEILL**

_____
Richard B. Stone, Esq./
Printed Name and Bar Number

STONE MANDIA, LLC
685 Neptune Boulevard
Neptune, New Jersey 07754
   Address

rbs@stonemandia.com
   e-mail
(732) 531-4300
   Telephone
(732) 732-531-4305
   FAX No.