```
JAVERBAUM, WURGAFT, HICKS,
KAHN, WIKSTROM & SININS, P.C.
1338 NORTH AVENUE
ELIZABETH, NEW JERSEY 07208
TELEPHONE:(908)368-1058
FASCIMILE:(908)354-0360
ATTORNEYS FOR CLAIMANT
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE EXONERATION FROM, OR LIMITATION OF LIABILITY. | CIVIL ACTION NO. 13-315(WJM) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE:**

The undersigned, Jorden N. Pedersen, Jr., a member of the bar of this Honorable Court, has appeared as counsel for claimants Adrienne Fedor-Rieger and Richard Rieger for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address and via e-mail.

Dated: March 22, 2013

/s/JORDEN N. PEDERSEN
JORDEN N. PEDERSEN, JR. (JP-7681)

TO:    **Via ECF**

       Clerk of Court and all counsel of record