JAVERBAUM, WURGAFT, HICKS,
KAHN, WIKSTROM & SININS, P.C.
1338 NORTH AVENUE
ELIZABETH, NEW JERSEY 07208
TELEPHONE:(908)368-1058
FASCIMILE:(908)354-0360
ATTORNEYS FOR CLAIMANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____
IN THE MATTER OF THE             :
COMPLAINT OF SEASTREAK,          :
LLC, AS OWNER OF THE             :CIVIL ACTION NO. 13-315(WJM)
EXONERATION FROM, OR             :
LIMITATION OF LIABILITY.         :
                                 :      NOTICE OF APPEARANCE
                                 :
_____

PLEASE TAKE NOTICE:

The undersigned, Jorden N. Pedersen, Jr., a member of the bar of this Honorable Court, has appeared as counsel for claimant, Wendy Kane, for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address and via e-mail.

Dated: 3/22/13

/s/JORDEN N. PEDERSEN
JORDEN N. PEDERSEN, JR. (JP-7681)

TO:   **Via ECF**

      Clerk of Court and all counsel of record