

JAMES M. KENNY
GINO A. ZONGHETTI
KEVIN J. O'DONNELL
KENNETH B. DANIELSEN
JOHN D. BLOMQUIST

26 BROADWAY
NEW YORK, NEW YORK 10004-1882

(212) 422-6111
FACSIMILE: (212) 422-6544
WWW.KZLLC.COM

NEW JERSEY OFFICE
P.O. BOX 508
SADDLE RIVER, NEW JERSEY
07458
(973) 624-7779

Reply to: Gino A. Zonghetti
New York Office
Extension 208
gino@kzllc.com

March 27, 2013

**VIA ECF:**
Honorable William J. Martini, U.S.D.J.U.
United States District Court for the
   District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

        Re:   In the Matter of the Complaint of SeaStreak, LLC,
               As Owner of SEASTREAK WALL STREET for
               Exoneration from or limitation of liability
               13-cv-00315 (WJM)(MF)

Dear Judge Martini:

      We represent petitioner SeaSreak, LLC in the above matter. We write to the Court and the claimants to alert all that commencing on Tuesday, April 2, 2013 SeaStreak, LLC shall be undertaking through third party vendors/manufacturers a modification of the propulsion/control system of SEASTREAK WALL STREET. Specially, Servogear, the Norwegian based manufacturer of the vessel's propulsion system, and Scanna, the Norwegian based manufacturer of the vessel's control system, will install a rigid pitch arm on the gear which will be replacing a slip clutch arm, and will be installing a pitch deviation alarm. The NTSB has informed SeaStreak, LLC that it will be in attendance while the work is performed.

      As the Court is aware, the Court's order entered on January 30, 2013 required in part as follows:

> "3.   Petitioner, SeaStreak, LLC shall not alter, modify and/or repair any major systems, including … propulsion systems, navigation systems, vessel control systems, bridge control systems and/or propulsion machinery spaces aboard the vessel without first affording claimants not less than ninety-six (96) hours written notice of said proposed alteration, modification or repair and a reasonable opportunity to visually inspect the area in question…".

      SeaStreak, LLC will make the area in question aboard the vessel, i.e. the area in the engine room where the work will be performed, available for inspection on Monday, April 1, 2013 between 9 a.m. and 11 a.m. at SeaStreak's Atlantic Highlands, New Jersey facility. In the event any claimants



seek to have representatives attend we will require that they inform us, and provide the names of the individuals that will be attending.

    We thank the Court for its attention to this matter.

                                      Very truly yours,
                                      Kenny & Zonghetti, LLC

                                      Gino A. Zonghetti

Cc:    All Counsel of Record via ECF