Norman M. Hobbie, Esq.
Jacqueline DeCarlo, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
JD 2676
ATTORNEYS FOR CLAIMANTS
John and Janet Urbanowicz
Anthony and Jackline Lucia
Charles and Geri Lucia
Samantha Bremekamp
Merike and Mihkel Grunbaum
Richard Diver and Laura Diver

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**ORDER ENFORCING LITIGANT'S RIGHTS** |

**COME NOW CLAIMANTS** John and Janet Urbanowicz, Anthony and Jackline Lucia, Charles and Geri Lucia, Samantha J. Bremekamp, Merike and Mihkel Grunbaum, and Richard Diver and Laura Diver, for an Emergent Order Enforcing Litigants' Rights, to permit marine/mechanical engineering experts retained by the claimants to attend and observe the proposed repairs/modifications on April 2, 2012 as described by Gino A Zonghetti, Esq. in his letter to the Court dated March 27, 2013 (filed as Document 74) in accordance with this Court's prior Order; and for good cause having been shown,

**IT IS** this_____ day of _____, 2013 hereby

**ORDERED** that the Petitioner/Vessel Owner, SEASTREAK, LLC, shall permit the marine/mechanical engineering expert(s) retained by the Claimants to attend and observe the proposed repairs/modifications performed upon the SEASTREAK WALL STREET on April 2, 2012 as described by Gino A Zonghetti, Esq. in his letter to the Court dated March 27, 2013 (filed as Document 74) in accordance with this Court's prior Order; and

**IT IS FURTHER ORDERED** that service of this Order be made upon all claimants of record, via electronic filing, with _____ days of the date of this Order.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.