UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE EXONERATION FROM, OR LIMITATION OF LIABILITY. | : <br> : <br> :  CIVIL ACTION NO. 13-315(WJM) <br> : <br> : <br> : **CERTIFICATION** |

(document electronically filed)

I, <u>BRIAN D. DRAZIN</u>, hereby certify as follows:

1. I am member of the law firm of Drazin & Warshaw, P.C., attorneys for the claimants Susan and Edward DePalma, and as such am fully familiar with this matter.
2. Upon e-filing an Answer and Claim on April 2, 2013, this document was inadvertently marked with restricted access/sealed. This was done in error.
3. I respectfully request the court mark this document as unrestricted.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

<u>/s/Brian D. Drazin (BD-3253)</u>

Drazin & Warshaw, P.C.
25 Reckless Place
P.O. Box 8909
Red Bank, NJ 07701
(732) 576-8860 Tel
Date: 4/2/13         (732) 576-8558 Fax
<u>bddrazin@drazinandwarshaw.com</u>