Michael J. Pappa, Esq.
**RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C.**
25 Village Court
Hazlet, New Jersey 07730
(732) 264-4400

ATTORNEYS FOR CLAIMANT, JAMES P. McDEVITT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**CERTIFICATION** |

TO:    The clerk of court and all parties of record

### CERTIFICATION AS TO DOCUMENT #83

And now comes James P. McDevitt, a passenger on the SEASTREAK WALL STREET, a high speed catamaran ferryboat, by and through his/her attorneys, Michael J. Pappa, Esq., of RUDNICK, ADDONIZIO, PAPPA & CASAZZA, P.C., and make this Certification, as follows:

1. I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for claimant, James P. McDevitt.
2. On April 3, 2013 I filed a Claim of Damages, Answer/Affirmative Defenses and Notice of Appearance on behalf of the claimant, James P. McDevitt.
3. I hereby certify that when filing said documents, my office inadvertently marked said documents with restricted access in error.

/s/ *Michael J. Pappa, Esq.*
Michael J. Pappa, Esq.
Attorney for Claimant
James P. McDevitt

Dated: April 4, 2013

1

## VERIFICATION

Michael J. Pappa, Esq., being duly sworn, deposes and says that he is an attorney in the offices of Rudnick, Addonizio, Pappa & Casazza, P.C., and attorney for the within claimant in the above-captioned action; that he has read the foregoing and knows the contents thereof; that the same is true to his own knowledge except as to matters therein stated to be alleged on information and belief and that, as to those matters therein stated to be alleged on information and belief are investigations and representations made by representatives of the claimant and documents in his possession.

s/ Michael J. Pappa, Esq.<br>
Michael J. Pappa, Esq.<br>
Attorney for Claimant<br>
James P. McDevitt

Dated: April 4, 2013

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
PARK VILLAGE
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730