**ANSELL GRIMM & AARON**
1500 Lawrence Avenue
CN 7807
Ocean, New Jersey 07712
P: (732) 922-1000
F: (732) 922-6161
ATTORNEYS FOR CLAIMANT
John H. Ferguson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:  The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANT JOHN H. FERGUSON**

Dated: April 12, 2013

_____
Attorney's Signature

Brian E. Ansell, Esq. State Bar #01794
Printed Name and Bar Number

ANSELL GRIMM & AARON, P.C.
1500 Lawrence Avenue
CN 7807
Ocean, New Jersey 07712
Address
bea@ansellgrimm.com
Email address
(732) 922-1000
Telephone number
(732) 966-6161
Fax Number

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000