CERUSSI & GUNN, P.C.
600C Broad Street
Shrewsbury, New Jersey 07702
(732) 936-9920
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE EXONERATION FROM, OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 13-315 (WJM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE:**

The undersigned, Charles A. Cerussi, Esq., a member of the bar of this Honorable court, has appeared as counsel for claimants, Robert Thomson and Colette Dolan Thomson, his wife, for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address via e-mail.

                                                                           /s/ CHARLES A. CERUSSI
                                                                          CHARLES A. CERUSSI (CC-5634)

Dated: April 24, 2013

To:    Clerk of Court and all counsel of records