HOFMANN & SCHWEITZER
Attorneys for Claimant
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Tel: 908-393-5662

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | 13 Civ. 315 (WJM)<br><br>APPEARANCE OF COUNSEL |

-----------------------------------------------------------x

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Matthew Sternberg, claimant who has been put on notice of this Limitation of Liability proceeding.

Dated: April 30, 2013

_____
Paul T. Hofmann (PH1356)
1130 Route 202 South, Suite A7
Raritan, NJ 08869
Paulhofmann@hofmannlawfirm.com
Tel: 908-393-5662
Fax: 212-465-8849