SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.
126 State Street
Hackensack, New Jersey 07601

     -and-

120 Broadway
New York, New York 10271
Telephone no.: (212)732-9000
Facsimile no.: (212)266-4156
Attorneys for Claimants
Ashley Furman and Gerard Levin
FFloriani@triallaw1.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x
IN THE MATTER OF THE                    CIVIL ACTION NO. 13-315 (WJM)
COMPLAINT OF SEASTREAK,
LLC, AS OWNER OF THE                   **NOTICE OF APPEARANCE**
EXONERATION FROM, OR
LIMITATION OF LIABILITY.
-------------------------------------------------------x

PLEASE TAKE NOTICE:

     The undersigned, Frank V. Floriani, a member of this Honorable Court's bar, appears as

counsel for claimants Ashley Furman and Gerard Levin for all purposes in this matter and hereby

requests that copies of all future filings or other information related to this action be provided to

the undersigned at the above address and via e-mail.

Dated: April 26, 2013


                                       /s/ FRANK V. FLORIANI_____
                                       FRANK V. FLORIANI (FF4489)


To: Via ECF
     Clerk of Court
     All counsel of record