Norman M. Hobbie, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
ATTORNEYS FOR CLAIMANTS
William Mckenzie and Kathy Mckenzie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANTS WILLIAM MCKENZIE AND KATHY MCKENZIE**

Dated: May 6, 2013

                                                  /s/ *Norman M. Hobbie, Esq.*
                                                  Attorney's Signature

                                                  Norman M. Hobbie, Esq./NH 2679
                                                  Printed Name and Bar Number

                                                  HOBBIE, CORRIGAN & BERTUCIO, P.C.
                                                  125 Wyckoff Road
                                                  Eatontown, New Jersey 07724
                                                  Address

                                                  nhobbie@hcblawyers.com
                                                  E-mail address
                                                  (732) 380-1515
                                                  Telephone number

                                                  (732) 380-1720
                                                  FAX number