CERUSSI & GUNN, P.C.
600C Broad Street
Shrewsbury, New Jersey 07702
(732) 936-9920
Attorneys for Claimant, Gere Ricker

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE EXONERATION FROM, OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 13-315 (WJM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE:**

      The undersigned, Charles A. Cerussi, Esq., a member of the bar of this Honorable court, has appeared as counsel for claimant, Gere Ricker, for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address via e-mail.

                                                                      /s/ CHARLES A. CERUSSI
                                                               CHARLES A. CERUSSI (CC-5634)

Dated: May 8, 2013

To:    Clerk of Court and all counsel of record