Michael S. Simon, Esq.
**SIMON, MONAHAN & SIMON, L.L.C.**
216 Highway 18
East Brunswick, NJ 08816
(732) 745-9400
MS 0424
Attorneys for Claimant, Yuan Wang

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for:

**CLAIMANT YUAN WANG**

Dated; May ___, 2013

/s/ Michael S. Simon, Esq.
Attorney's Signature

Michael S. Simon, Esq./ MS 0424
Printed name and Bar Number

SIMON, MONAHAN & SIMON, LLC
216 Highway 18
East Brunswick, New Jersey 08816

law@simonmonahan.com
E-mail address

Telephone #: (732) 745- 9400

Fax #: (732) 745- 4685