Norman M. Hobbie, Esq.
**HOBBIE, CORRIGAN & BERTUCIO, P.C.**
125 Wyckoff Road
Eatontown, New Jersey 07724
(732) 380-1515
NH 2679
ATTORNEYS FOR CLAIMANTS
Bryan Boyle and Katie Boyle

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 2:13-cv-00315-WJM-MF<br><br>**NOTICE OF APPEARANCE** |

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CLAIMANTS BRYAN BOYLE AND KATIE BOYLE**

Dated: May 13, 2013

/s/ *Norman M. Hobbie, Esq.*
Attorney's Signature

Norman M. Hobbie, Esq./NH 2679
Printed Name and Bar Number

HOBBIE, CORRIGAN & BERTUCIO, P.C.
125 Wyckoff Road
Eatontown, New Jersey 07724
Address

nhobbie@hcblawyers.com
E-mail address

(732) 380-1515
Telephone number

(732) 380-1720
FAX number