**FRIEDMAN, JAMES & BUCHSBAUM LLP**
**Andrew V. Buchsbaum, Esq. (AB-6475)**
21 Kilmer Drive
Building 2, Suite G
Morganville, NJ   07751

    -and-

132 Nassau Street, Suite 900
New York, NY   10038
(212) 233-9385 (phone)
(212) 619-2340 (fax)
abuchsbaum@friedmanjames.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x
In the Matter of the Complaint of          Civil Action No: 13-315 (WJM)
                                                 :
SEASTREAK, LLC, as Owner of the         **NOTICE OF APPEARANCE**
for Exoneration from or Limitation         :
of Liability
-------------------------------------------------------x

**PLEASE TAKE NOTICE:**

         The undersigned, **ANDREW V. BUCHSBAUM**, a member of the bar of this Honorable Court, has appeared as counsel for claimant ANNA IRIS SULLIVAN for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address and via e-mail.

Dated:      May 13, 2013

                                               **FRIEDMAN, JAMES & BUCHSBAUM LLP**
                                               Attorneys for claimant ANNA IRIS SULLIVAN

                     By:
                                            /s/Andrew V. Buchsbaum
                                              Andrew V. Buchsbaum (AB-6475)
                                              abuchsbaum@friedmanjames.com

TO: **Via ECF**

     Clerk of Court and all counsel of record