## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | Civil Action No. 13-315 (WJM)<br><br><br>__ORDER__ |

**THIS MATTER** having come before the Court by way of letter from Counsel for potential claimant Erika Oman seeking an extension of time within which to appear and file an answer; and there being no opposition to the requested extension; and for good cause shown;

**IT IS** on this 16th day of May 2013,

**ORDERED** that, the time by which potential claimant Erika Oman may appear and file an answer is extended to June 16, 2013.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**