Kenny & Zonghetti, LLC
26 Broadway
New York, New York 10004
(212) 422-6111

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE COMPLAINT OF SEASTREAK, LLC, AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Civil Action No.: 13-cv-00315-WJM-MF

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE, that effective Monday, June 3, 2013, the office of attorneys for the defendant has changed both its name and its address.

Firm Information:

OLD FIRM

Gino A. Zonghetti, Esq.
Kenny and Zonghetti, LLC
26 Broadway, 27th Floor
New York, New York 10004
Telephone: (212) 422-6111
Fax: (212) 422-6544

NEW FIRM

Gino A. Zonghetti, Esq.
Kaufman, Dolowich & Voluck, LLP
21 Main Street, Suite 251
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
Fax: (201) 488-6652

Dated: New York, New York
May 30, 2013

Gino A. Zonghetti, Esq.