

BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*      *(212) 885-5152*
*Fax:*        *(917) 332-3858*
*Email:*      *WBennett@BlankRome.com*

June 5, 2013

**ECF**

Honorable William J. Martini,
United States District Court Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
1 Federal Square
Newark, NJ 07102

> **Re:     In the Matter of the Complaint of SeaStreak, LLC, as Owner of
> SeaStreak Wall Street for Exoneration from or Limitation of Liability**
> 13-CV-00315(WJM)(MF)

Dear Judge Martini:

We, along with Mr. Gino A. Zonghetti, represent Petitioner SeaStreak, LLC, in the above reference limitation of liability proceeding and write to advise your Honor of the filing of a complaint in violation of the Court's January 16, 2013 Order.

By Order dated January 16, 2013, Your Honor directed that all claims against Petitioner must be filed in the referenced proceeding and that all other actions against the Petitioner were restrained, stayed and enjoined. Further, Your Honor ordered that all claims were to be filed by May 16, 2013. We recently became aware that on May 21, 2013, five (5) days after the monition period for the filing of claims in the referenced limitation proceeding was closed, Mr. Christopher Cornette commenced a separate action assigned to Your Honor entitled *Christopher Cornette v. SeaStreak Ferry, 13-cv-3221.*

For the reasons stated above we object to the commencement of the action and will address the matter more fully at the conference scheduled for June 13, 2013. A copy of the Court's Order dated January 16, 2013 and Mr. Cornette's Complaint are attached hereto.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

686545.00614/7248731v.1

Boca Raton   •   Cincinnati   •   Hong Kong   •   Houston   •   Los Angeles   •   New York   •   Philadelphia   •   Princeton   •   Shanghai   •   Washington   •   Wilmington

June 5, 2013
Page 2

Very truly yours,

William R. Bennett, III

- and -

Gino A. Zonghetti, Esq.
Kaufman, Dolowich & Voluck, LLP
21 Main Street, Suite 251
Hackensack, NJ 07601
(201) 488-6655

To:     All Counsel via ECF

        Donald Neidardt, Esq.
        PO Box 27
        Lanoka Harbor, NJ 08734

**BLANK ROME LLP**
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J.O. Harwood, Esquire *(to be admitted pro hac vice)*
William R. Bennett, III
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)

-and-

**KENNY & ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

*Attorneys for Plaintiff, SEASTREAK, LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CIV NO: 13 - 315 (WJM)

| In the Matter of the Complaint | **ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, DIRECTING ISSUE OF NOTICE, RESTRAINING SUITS AND DIRECTING THE FILING OF CLAIMS** |
|---|---|
| of | |
| SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | |

A Verified Complaint having been filed herein on January 16, 2013 by Petitioner

SeaStreak, LLC ("Petitioner"), Owner of the Vessel SEASTREAK WALL STREET, for

exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501 et seq.

(previously codified as 46 App. U.S.C. §§ 183, 189) and Rule F of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal

900200.00001/7202348v.1

Rules of Civil Procedure ("Supplemental Rules") for any claims of damage or injury arising during the voyage of ferry boat SEASTREAK WALL STREET on January 9, 2013 commencing at approximately 8:40 a.m. from Atlantic Highlands, NJ to Pier 11, New York, NY, as more fully described in the Verified Complaint;

**AND** the Verified Complaint having stated that the value of the Petitioner's interest in said vessel SEASTREAK WALL STREET did not exceed Seven Million Six Hundred Thousand Dollars ($7,600,000.00) on the date of the claimed incident;

**AND** the Petitioner having filed with the Court an Interim Stipulation for Value in the amount of Seven Million Six Hundred Thousand Dollars ($7,600,000.00) for the benefit of claimants, executed on January 16, 2013 by The Steamship Mutual Underwriting Association Limited, equal to the amount of value of Petitioner's interest in the said vessel, with interest at 6 percent per annum from the date hereof.

**NOW**, on motion of Blank Rome LLP and Kenny & Zonghetti, LLC, attorneys for Petitioner, it is

**ORDERED** that the above-described Ad Interim Stipulation for Value, filed by the Petitioner with the Court for the benefit of claimants, in the sum of Seven Million Six Hundred Thousand Dollars ($7,600,000.00), with interest as aforesaid, as security for the amount of Petitioner's interest in SEASTREAK WALL STREET, be and hereby is approved, and

**IT IS FURTHER ORDERED** that a Notice, a copy of which is attached hereto, shall be issued by the Clerk of this Court to all persons asserting claims with respect to

which the Verified Complaint seeks exoneration from or limitation of liability admonishing them to file their respective claims with the Clerk of this Court, in writing, and to serve on the attorneys for Petitioner a copy thereof on or before the ___May 16___, 2013 or be defaulted, and that if any claimant desires to contest either the right to exoneration from liability or the right to limitation of liability, such claimant shall file and serve on the attorneys for the Petitioner an Answer to the Verified Complaint on or before the said date, unless the claims have included an Answer to the Complaint, so designated, or be defaulted, and

**IT IS FURTHER ORDERED** that the aforesaid Notice shall be published in the ___New York Law Journal___ newspaper published in New York, New York, and the ___New Jersey Law Journal___ and ___Newark Star Ledger___ newspapers published in New Jersey, once a week for four (4) weeks before the return date of said Notice, as provided by the aforesaid Rule F of the Supplemental Rules and copies of said Notice shall be mailed by Petitioner in accordance with Rule F of the Supplemental Rules to every person known to have any claim against the vessel or Petitioner, or to their attorney, and

**IT IS FURTHER ORDERED** that the further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings of any nature and description whatsoever in any Court of any jurisdiction, or otherwise, against Petitioner, and the taking of any steps and the making of any motion in such actions, suits or proceedings against the Petitioner, or against the agents, representatives, or insurers of the Petitioner

or SEASTREAK WALL STREET except in this action, to recover damages for or in respect to any loss, damage or injury caused by or resulting from the aforesaid incident, as alleged in the Verified Complaint, be and they hereby are restrained, stayed and enjoined until the hearing and determination of this action, and all warrants of arrest and/or attachment issued in such other suits, actions or legal proceedings be and the same are hereby dissolved and further warrants of arrest and/or attachment are hereby prohibited.

**IT IS FURTHER ORDERED** that service of this Order as a restraining order be made through the Post Office by mailing a conformed copy thereof to the person, or persons or claimants to be restrained, or to their respective attorneys.

Dated: January *16*, 2013

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEWARK

------------------------------------------------------------X

Christopher Cornette

        Plaintiff                           Claim and Complaint for Personal Injuries


   -against-

SeaStreak Ferry

        Defendant

------------------------------------------------------------X

RECEIVED
MAY 2 1 2013
AT 8:30
WILLIAM T. WALSH, CLERK

Plaintiff Christopher Cornette, alleges the following claim against the above defendant:

JURISDICTION AND VENUE

1. This is a case for personal injuries arising out of Maritime Jurisdiction and is a claim within the meaning of F.R.C.P 9(h). The location of the incident was navigable waters and occurred during maritime activity. Venue is proper in this court. Defendant operates its ferry service in the waters between New York and New Jersey and the accident occurred at the landing pier in New York.

PARTIES

2. Plaintiff Christopher Cornette , resident of New Jersey, was injured in an accident involving a ferry boat of defendant on January 9, 2013.
3. Defendant Seastreak was the owner and operator of the ferry involved in the accident.

ALLEGATIONS OF CLAIM

4. On or about January 9, 2013 plaintiff was a passenger of a SeaStreak Ferry ferry boat when, through the negligence of the owner and/ or operator the ferry collided with the pier at which it was attempting to land.

5. At the time of that collision plaintiff was a passenger on the ferry and was preparing to disembark. As the ferry was approaching the pier, through negligent mechanical failure and/or negligent operation by the crew the ferry came into violent collision with the pier.

6. This collision caused personal injury to plaintiff and as a result has been caused medical expense; loss of income and pain and suffering.

7. Defendant's negligent acts including negligent repair and operation of the ferry were the direct and proximate cause of plaintiff's injuries and such injuries were the foreseeable result of defendant's actions.

8. Defendant violated numerous section of applicable stature including 33 U.S.C Section 2005
9. Defendant negligently operated the ferry in that it failed to bring the ferry to a safe stop at the landing pier.
10. Defendant negligently repaired and maintained the ferry such that the mechanisms to slow and stop the ferry while approaching the pier failed and/or malfunctioned.
11. The personal injuries sustained as a result of these negligent actions of defendant were foreseeable and proximately caused by the negligence of defendant.

WHERFORE , plaintiff demands damages against defendant in amounts consistent with proof at trial for past, present and future pain and suffering; past present and future medical expenses; past present and future loss of income and for such other and further relief as is appropriate.

Law Office of Donald Neidhardt

Donald Neidhardt

PO BOX 27

Lanoka Harbor, NJ 08734

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Christopher Cornette | Seastreak |
| **(b)** County of Residence of First Listed Plaintiff    **Monmouth** | County of Residence of First Listed Defendant    **Monmouth** |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
| Donald Neidhardt | |
| PO Box 27 | |
| Lanoka Harbor, NJ 08734 | |

*RECEIVED*
*CLERK WALSH CLERK*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
F.R.C.P. 9(h)

Brief description of cause:
Negligence causing personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $                    CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
05/10/2013

SIGNATURE OF ATTORNEY OF RECORD
*Donald Neidhardt*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____