**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>**SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability** | Civil Action No. 13-315 (WJM)<br><br><br>**ORDER** |

     **THIS MATTER** having come before the Court upon the application of Cornelius A. Mahoney, Esq. ("movant"), attorney for Respondents John Scaramucich and Dale Connone, seeking the *pro hac vice* admission of Todd A Restivo, Esq. ("counsel") pursuant to L. Civ. R. 101.1; and the Court having considered the request; and for good cause shown;

     **IT IS on this 11th day of June 2013,**

     **ORDERED** that the application for the *pro hac vice* admission of counsel is **GRANTED**; and it is further

     **ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

     **ORDERED** that movant shall (a) remain attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be

deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and it is further

**ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

**ORDERED** that counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

2