UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
----------------------------------
IN THE MATTER OF THE COMPLAINT OF        2:13-CV-0315 WJM
SEASTREAK, LLC., AS OWNER OF THE
VESSEL SEASTREAK WALL STREET FOR
EXONERATION FROM OR LIMITATION OF
LIABILITY,

            Petitioner,

                                          CONSOLIDATION ORDER
----------------------------------
CHRISTOPHER CORNETTE,                     2:13-CV-3221 WJM

            Plaintiff,
v.

SEASTREAK FERRY,

            Defendant.
----------------------------------
```

The Court having determined that the above captioned matters are related to the same issues and facts,

It is on this 14th day of June, 2013

ORDERED that the Civil Action Number 2:13-cv-3221 be consolidated with Civil Action Number 2:13-cv-0315 for all purposes.

s/William J. Martini
_____
WILLIAM J. MARTINI, U.S.D.J.