**BLANK ROME LLP**

Kevin J. Bruno, Esquire
New Jersey Resident Partner
Jeremy J. O. Harwood, Esquire *(admitted pro hac vice)*
William R. Bennett, III, Esquire
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
WBennett@BlankRome.com (e-mail)

-and-

**KAUFMAN, DOLOWICH & VOLUCK, LLP**

Gino A. Zonghetti, Esquire
21 Main Street, Suite 251
Hackensack, New Jersey 07601
(201) 488-6655 (Phone)
(201) 488-6652 (Fax)
gzonghetti@kszlaw.com (email)

*Attorneys for Plaintiff, SEASTREAK, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | Civil Index No.:<br>2:13-cv-00315-WJM-MF<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

      /s/ William R. Bennett_____
Signature of Local Counsel
William R. Bennett, III, Esquire

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Jeremy J.O. Harwood

Address:  Blank Rome LLP
          The Chrysler Building
          405 Lexington Avenue
          New York, NY 10174-0208

E-Mail:   jharwood@BlankRome.com

Instructions for LOCAL COUNSEL for filing:
1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on Notices.
3. Select the event, Notice of Pro Hac Vice to Receive NEF.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the NEXT button.