**BLANK ROME LLP**
Kevin J. Bruno, Esquire
New Jersey Resident Partner
Alan M. Weigel, Esquire *(to be admitted pro hac vice)*
William R. Bennett, III, Esquire
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 897-7395 (Fax)
KBruno@BlankRome.com (e-mail)

-and-

**KENNY & ZONGHETTI, LLC**
Gino A. Zonghetti, Esquire
P.O. Box 508
Saddle River, NJ 07458
(973) 624-7779

*Attorneys for Plaintiff, SEASTREAK, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability | Civil Index No.:<br>2:13-cv-00315-WJM-MF<br><br>(~~PROPOSED~~) ORDER FOR<br>ADMISSION PRO HAC VICE |

ALAN M. WEIGEL, a member of the firm of Blank Rome LLP, counsel for Plaintiff, SEASTREAK, LLC, as Owner of the Vessel SEASTREAK WALL STREET for Exoneration from or Limitation of Liability, having applied for an Order to be admitted *pro hac vice* to this Court, and the Court having considered his affidavit and accompanying motion in support of his applications, and for good cause shown:

It is on this ___ day of July, 2013 hereby ordered that:

ALAN M. WEIGEL is admitted *pro hac vice* for the purposes of participating as counsel for Plaintiff SEASTREAK, LLC, during the pendency of this action, including all discovery and trial; and that all papers be filed with the Court will be signed by an attorney of record admitted to practice in the State of New Jersey, who shall be responsible for them; and that Plaintiff SEASTREAK, LLC, shall abide by the provision of the rules governing the Courts of the State of New Jersey, including the disciplinary rules and the rules of this Court, including the provisions of L.Civ.R. 101.1(c) during the time of his *pro hac vice* admission and shall make payment to the New Jersey Lawyer fund for Client Protection pursuant to L.Civ.R. 101.1(c)(2).

SO ORDERED:

_____
U.S.D.J.

**MARK FALK**
**U.S. Magistrate Judge**

2