

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

*Gino A. Zonghetti, Esq.*
*Managing Partner*
*Direct Dial: 201-708-8240*
*Direct Email: gzonghetti@kdvlaw.com*

July 19, 2013

**Via ECF**
Hon. William J. Martini
United States District Court Judge
District of New Jersey
Martin Luther King building
and US Courthouse
50 Walnut St.
Newark, NJ 07101

Re:  **IN THE MATTER OF THE COMPLAINT OF SEASTREAK LLC AS OWNER OF THE VESSEL SEASTREAK WALL STREET FOR EXONERATION FROM OR LIMITATION OF LIABILITY**
Civil Action No.: 2:13–cv–0315–WJM–MF

Dear Judge Martini:

We represent the Petitioner, SeaStreak, LLC owner of the SEASTREAK WALL STREET (the "Vessel") in the above matter. In response to the order of the Court that the parties establish briefing schedules for the motions that will be filed seeking: 1. Disqualification of counsel representing multiple plaintiffs due to conflict of interest; and 2. Striking the affirmative defense raised by various claimants as to the applicability of the "Flotilla Doctrine," and pleading diversity jurisdiction as a basis for jurisdiction in this case, the parties have agreed to the following proposed schedule:

1. Moving papers to be filed on or before August 28, 2013;

2. Opposition papers to be filed on or before September 18, 2013;

3. Reply papers to be filed on or before October 2, 2013;

4. Oral argument, if any, to be set by the Court.

Kaufman Dolowich & Voluck, LLP
July 19, 2013
Page 2

We thank the Court for its attention to this matter.

Very truly yours,

*Kaufman Dolowich & Voluck LLP*

Gino A. Zonghetti

cc: *Via ECF*
All Counsel of Record

So Ordered 7/22/13
WJM USDJ