

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:    (212) 885-5152
Fax:      (917) 332-3858
Email:    WBennett@BlankRome.com

October 29, 2013

## NOTICE OF SETTLEMENT

Honorable Mark Falk, U.S.D.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square - Room 457
Newark, New Jersey 07102

Re:    **In the Matter of the Complaint of SeaStreak, LLC, as Owner of SeaStreak Wall Street for Exoneration from or Limitation of Liability** 13-CV-00315(WJM)(MF)

Dear Magistrate Judge Falk:

We write on behalf of Petitioner and counsel for Kelly Newsome to advise that the claim of Kelly Newsome has been settled for $20,000. A copy of a fully executed Release is attached hereto for your review. Pursuant to Judge Martini's Order (Dkt. #235) we hereby request that you approve the settlement. The details of the claim are as follows:

1. Claimant's Date of Birth       9/13/1968
2. Alleged Injury                 Soft tissue; neck, back & knee injuries
3. Surgery (Yes/No)               No
4. Alleged lost wage claim        N/A

Respectfully submitted,

William R. Bennett, III

So Ordered:

**MARK FALK**
**U.S. Magistrate Judge**

405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

686545.001401304993  Cincinnati  •  Houston  •  Los Angeles  •  New York  •  Philadelphia  •  Princeton  •  Shanghai  •  Washington  •  Wilmington