

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:* (212) 885-5152
*Fax:* (917) 332-3058
*Email:* WBennett@BlankRome.com

October 28, 2013

## NOTICE OF SETTLEMENT

Honorable Mark Falk, U.S.D.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square - Room 457
Newark, New Jersey 07102

Re:   In the Matter of the Complaint of SeaStreak, LLC, as Owner of
      <u>SeaStreak Wall Street for Exoneration from or Limitation of Liability</u>
      13-CV-00315(WJM)(MF)

Dear Magistrate Judge Falk:

We write on behalf of Petitioner and counsel for Susan DePalma to advise that the claim of Susan DePalma has been settled for $25,000. A copy of a fully executed Release is attached hereto for your review. Pursuant to Judge Martini's Order (Dkt. #235) we hereby request that you approve the settlement. The details of the claim are as follows:

1. Claimant's Date of Birth    4/8/1958
2. Alleged Injury              Laceration in scalp; stitches/staples to close.
3. Surgery (Yes/No)            No
4. Alleged lost wage claim     N/A

Respectfully submitted,

*William R. Bennett, III*

So Ordered:

_____
**MARK FALK
U.S. Magistrate Judge**

405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

686545.00614/7501260v.1    Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington