

**KAUFMAN** DOLOWICH **VOLUCK**

ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

Gino A. Zonghetti
Managing Partner
Direct Dial: 201-708-8240
Email: gzonghetti@kdvlaw.com

October 28, 2013

**NOTICE OF SETTLEMENT:**

Honorable Mark Falk
United States Magistrate Judge
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square – Room 457
Newark, New Jersey 07102

     Re:    In the Matter of the Complaint of SeaStreak, LLC as Owner of
           SeaStreak Wall Street for Exoneration from or Limitation of Liability
           13-CV-00315 (WJM)MF)

Dear Magistrate Judge Falk:

    We write on behalf of Petitioner and counsel for claimant James McDevitt to advise that the claim of Dale Connone has been settled for the sum of $20,000.   A copy of the fully executed Release and Subrogation Receipt is attached hereto for your review. Pursuant to the order of William Martini, USDJ (Docket No. 235) we hereby request that you approve the settlement as to value. The details of the claim are as follows:

| | | |
|---|---|---|
| 1. | Claimants' Date of Birth: | April 16, 1963 |
| 2. | Alleged Injury: | Contusion to head, bi-lateral knee trauma, soft tissue injuries to neck, back and shoulders |
| 3. | Surgery: | No; |
| 4. | Alleged lost wage claim | No. |

We thank the Court for its Attention to this matter.

          Respectfully submitted,
          Kaufman Dolowich & Voluck, LLP

          Gino A. Zonghetti

Cc:   William Bennett, Esq.
       Michael Pappa, Esq.

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida

Dated:                                          So Ordered:


_____
MARK FALK, U.S.M.J.