# KAUFMAN DOLOWICH VOLUCK
### ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

Gino A. Zonghetti
Managing Partner
Direct Dial: 201-708-8240
Email: gzonghetti@kdvlaw.com

October 28, 2013

**NOTICE OF SETTLEMENT:**

Honorable Mark Falk
United States Magistrate Judge
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square – Room 457
Newark, New Jersey 07102

Re:   In the Matter of the Complaint of SeaStreak, LLC as Owner of
      SeaStreak Wall Street for Exoneration from or Limitation of Liability
      13-CV-00315 (WJM)MF)

Dear Magistrate Judge Falk:

We write on behalf of Petitioner and counsel for claimant James McDevitt to advise that the claim of James McDevitt has been settled for the sum of $42,500. A copy of the fully executed Release and Subrogation Receipt is attached hereto for your review. Pursuant to the order of William Martini, USDJ (Docket No. 235) we hereby request that you approve the settlement as to value. The details of the claim are as follows:

1. Claimants' Date of Birth:     June 20, 1958
2. Alleged Injury:               Laceration to the scalp and ear requiring suturing;
3. Surgery:                      No;
4. Alleged lost wage claim       No.

We thank the Court for its Attention to this matter.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

*/s/ Gino A. Zonghetti/*

Gino A. Zonghetti

Cc:   William Bennett, Esq.
      Michael Pappa, Esq.

Dated:                                          So Ordered:

_____
MARK FALK, U.S.M.J.