

Phone:  (212) 885-5152
Fax:    (917) 332-3858
Email:  WBennett@BlankRome.com

October 28, 2013

## NOTICE OF SETTLEMENT

Honorable Mark Falk, U.S.D.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square - Room 457
Newark, New Jersey 07102

Re: **In the Matter of the Complaint of SeaStreak, LLC, as Owner of SeaStreak Wall Street for Exoneration from or Limitation of Liability**
13-CV-00315(WJM)(MF)

Dear Magistrate Judge Falk:

We write on behalf of Petitioner and counsel for Leon Goldstein to advise that the claim of Leon Goldstein has been settled for $80,000. A copy of a fully executed Release is attached hereto for your review. Pursuant to Judge Martini's Order (Dkt. #235) we hereby request that you approve the settlement. The details of the claim are as follows:

1. Claimant's Date of Birth       2/25/1974
2. Alleged Injury                 Alleged torn right shoulder labrum
3. Surgery (Yes/No)               Yes; arthroscopic surgery; 2/11/2013
4. Alleged lost wage claim        N/A

Respectfully submitted,

William R. Bennett, III

So Ordered:

_____
MARK FALK
U.S. Magistrate Judge

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

686545.00514/730149... • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington