Case 2:13-cv-00315-WJM-MF   Document 330   Filed 07/09/14   Page 1 of 2 PageID: 2151



**KAUFMAN** DOLOWICH **VOLUCK**
ATTORNEYS AT LAW

Gino A. Zonghetti
Managing Partner
Direct Dial: 201-708-8240
Email: gzonghetti@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

July 9, 2014

**VIA ECF:**
Honorable Mark Falk
United States Magistrate Judge
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square – Room 457
Newark, New Jersey 07102

    Re:    In the Matter of the Complaint of SeaStreak, LLC as Owner of
             SeaStreak Wall Street for Exoneration from or Limitation of Liability
             13-CV-00315 (WJM)MF)

Dear Magistrate Judge Falk:

    We write to seek approval of the settlement reached between Petitioner and claimant Gina Cioffi for the sum of $ 45,000.

    The details of the settlement are repeated below:

| | | |
|---|---|---|
| 1. | Gina Cioffi's   Date of Birth: | July 8, 1963 |
| 2. | Alleged Injury: | Closed head injury resulting in tinnitus, vestibular disturbance, headaches, nausea |
| 3. | Surgery: | None. |
| 4. | Alleged lost wage claim | Yes. |

We thank the Court for its Attention to this matter.

                            Respectfully submitted,
                            Kaufman Dolowich & Voluck, LLP

                            Gino A. Zonghetti

Cc:    All Counsel of Record Via ECF

Case 2:13-cv-00315-WJM-MF   Document 330   Filed 07/09/14   Page 2 of 2 PageID: 2152

Dated: 7/10/14

So Ordered:

_____
MARK FALK, U.S.M.J.